# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

CHAMBERS OF
**RONALD B. LEIGHTON**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
1717 PACIFIC AVENUE
TACOMA, WA 98402

--------

(253) 593-6449
(253) 593-6443/fax

September 9, 2004

Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE OFFICE   SEP 15  11 07 AM '04   RECEIVED

      RE:    Calendar Year 2003 Filing
               Amended Filing

Dear Ms. Lisi:

In compliance with your letter of August 9, 2004, the following corrections have been made to my 2003 Financial Disclosure Report.

1. In response to Paragraph 1, an "(X)" has been placed beside the entries on lines 3, 69, 85, 86, 89 and 90 as these assets were owned in 2002 but were exempt from disclosure.

2. In response to Paragraph 2, lines 6, 17, 80, 284 (now line 271), 293 (now line 280), and 309-313 (now lines 296-300), the entry of "exempt" has been removed. There were no transactions that exceeded $1,000.

3. In response to Paragraph 3, Column C1 has been deleted as the asset was surrendered on 11/7/03.

4. In response to Paragraph 4, Line 92, the name of the financial institution has been added and all entries deleted with reference to deposits and withdrawals.

5. In response to Paragraph 5, the dates of purchase and amounts have been noted in Part VIII with reference the Montclair Real Estate Ltd Partnership, Harborview East Real Estate Partnership and Evansville Retirement Residence Ltd Partnership.

6.      In response to Paragraph 6, Schwab Money Market which was listed on the 2002 Report was erroneously listed in the 2003 Report as "Money Market Fund" on Page 6, Line 92. The name "Schwab" has now been added.

Please advise if any further changes are required.

Very truly yours,

Ronald B. Leighton
United States District Court Judge

RECEIVED Sep 15 11 07 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | *Amended* <br>**FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Leighton, Ronald B | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>09/09/2004 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⊙ Annual    ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402-3241 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED SEP 15 11 07 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.   2003 | Burgess & Fitzer |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Acct #1 | | | | | | | | | |
| 2. - Boeing Co. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 3. - Bristol-Myers Squibb Co (X) (common) | A | Dividend | J | T | | | | | |
| 4. - Cisco Systems (common) | | None | K | T | | | | | |
| 5. - Conocophillips (common) | A | Dividend | J | T | Transfer | 12/10 | J | | See Part VIII |
| 6. - Lucent Tech. (common) | | | | | | | | | See Part VIII |
| 7. - Maytag Corp. (common) | A | Dividend | J | T | | | | | |
| 8. - Qwest Comm. (common) | | None | J | T | | | | | |
| 9. - SBC Comm (common) | A | Dividend | J | T | Purchased* | | | A | See Part VIII |
| 10. Brokerage Acct #2 | | | | | | | | | |
| 11. - Alberto Culver Co C1A (common) | A | Dividend | | T | Merge-Surr | 11/7 | J | | |
| 12. - Alberto Culver Co C1B (common) | A | Dividend | K | T | Merge-Rcvd | 11/7 | J | | |
| 13. - Cisco Systems (common) | | None | J | T | | | | | |
| 14. - Corning Inc. (common) | | None | J | T | | | | | |
| 15. - CSX Corp. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 16. - Intel Corp. (common) | A | Dividend | K | T | Transfer | 12/10 | J | | See Part VIII |
| 17. - Lucent Tech. (common) | | | | | | | | | See Part VIII |
| 18. - Nextel Comm Inc. C1 A (common) | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Qwest Comm. (common) | | None | J | T | | | | | |
| 20. - Verizon Comm. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 21. - Wash Mutual Inc. (common) | A | Dividend | J | T | Transfer | 12/10 | J | | See Part VIII |
| 22. - Kinder Morgan Energy Partners | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 23. Brokerage Acct #3 | | | | | | | | | |
| 24. - Intel Corp. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 25. Investment Club | A | Dividend | N | T | | | | | |
| 26. - AOL Time Warner (common) | | | | | Sold** | | | | See Part VIII |
| 27. - Appollo Group Inc. (common) | | | | | | | | | |
| 28. - Barr Laboratories (common) | | | | | Sell | 11/10 | K | | |
| 29. - Bed Bath & Beyond (common) | | | | | Purchased* | | | | See Part VIII |
| 30. - Best Buy (common) | | | | | Purchased* | | | | See Part VIII |
| 31. | | | | | Buy | 9/5 | J | | |
| 32. - Cisco Systems (common) | | | | | Sold** | | | | See Part VIII |
| 33. - Ebay Inc (common) | | | | | Purchased | 9/5 | J | | |
| 34. - General Electric (common) | | | | | Purchased* | | | | See Part VIII |
| 35. | | | | | Sold | 11/7 | J | C | |
| 36. - Harley Davidson (common) | | | | | Sold | 9/5 | K | E | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  - Home Depot (common) | | | | | Buy | 10/3 | J | | |
| 38. | | | | | Buy | 12/5 | J | | |
| 39.  - Ingersoll-Rand (common) | | | | | Sold** | | | | See Part VIII |
| 40.  - Intel Corp. (common) | | | | | | | | | |
| 41.  - Johnson & Johnson (common) | | | | | Purchased | 1/6 | J | | |
| 42. | | | | | Buy | 3/7 | J | | |
| 43. | | | | | Sold | 11/7 | J | | |
| 44.  - King Pharmaceutical (common) | | | | | Sold** | | | | See Part VIII |
| 45.  - Microsoft Corp. (common) | | | | | | | | | |
| 46.  - Ocean Energy Inc. (common) | | | | | Sold** | | | | See Part VIII |
| 47.  - Orthodontic Center (common) | | | | | Sold | 8/1 | J | | |
| 48.  - Pfizer, Inc. (common) | | | | | Purchased* | | | | See Part VIII |
| 49. | | | | | Buy | 5/2 | J | | |
| 50. | | | | | Buy | 11/7 | J | | |
| 51. | | | | | Buy | 12/5 | J | | |
| 52.  - Proctor & Gamble (common) | | | | | | | | | |
| 53.  - Starbucks (common) | | | | | | | | | |
| 54.  - United Parcel Service (common) | | | | | Sold** | | | | See Part VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
      V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - Viacom (common) | | | | | Sell | 9/5 | J | D | |
| 56. - Washington Mutual (common) | | | | | Purchased* | | | | See Part VIII |
| 57. - Whole Foods Mkt (common) | | | | | Sold** | | | | See Part VIII |
| 58. Brokerage Acct #4 | | | | | | | | | |
| 59. - Bristol-Myers (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 60. - Chevron Texaco Corp. (common) | A | Dividend | J | T | | | | | |
| 61. - Intl Business Machines (common) | A | Dividend | K | T | | | | | |
| 62. - Microsoft Corp. (common) | A | Dividend | K | T | | | | | |
| 63. - Nokia Corp. (common) | A | Dividend | J | T | | | | | |
| 64. - Strattec Security (common) | | None | J | T | | | | | |
| 65. - Vodafone Group (common) | A | Dividend | K | T | | | | | |
| 66. - Zimmer Holdings (common) | | None | J | T | Purchased* | | | | See Part VIII |
| 67. - Centennial Money Market | B | Interest | K | T | | | | A | |
| 68. Brokerage Account #5 | | | | | | | | | |
| 69. - Centennial Money Market (X) | B | Interest | J | T | | | | | |
| 70. - Boeing Company (common) | A | Dividend | J | T | | | | | |
| 71. - Cisco Systems (common) | | None | K | T | | | | | |
| 72. - Coca-Cola (common) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Columbia Banking System (common) | A | Dividend | J | T | | | | | |
| 74. - Dell Inc. (common) | | None | K | T | | | | | |
| 75. - Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 76. - Lucent Technologies (common) | | None | J | T | | | | | |
| 77. - Microsoft Corp. (common) | A | Dividend | K | T | | | | | |
| 78. - Pfizer (common) | A | Dividend | J | T | | | | | |
| 79. - Schlumberger (common) | A | Dividend | J | T | | | | | |
| 80. - Transocean (common) | | | | | | | | | See Part VIII |
| 81. - New Perspective Mutual Fund | A | Dividend | J | T | | | | | |
| 82. - Oppenheimer Main Str Mutual Fund | A | Dividend | K | T | | | | | |
| 83. - Wash Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 84. Brokerage Acct #6 | | | | | | | | | |
| 85. - Cisco Systems (common) (X) | | None | J | T | | | | | |
| 86. - Dell Computer Corp. (X) (common) | | None | J | T | | | | | |
| 87. Brokerage Acct #7 | | | | | | | | | |
| 88. - Money Market (X) | A | Interest | J | T | Opened | 3/7 | J | | |
| 89. - Cisco Systems (common) | | None | J | T | | | | | |
| 90. - Dell Inc. (common) (X) | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. - Microsoft Corp. (common) | A | Dividend | J | T | | | | | |
| 92. Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 93. - Federated Muni Oppt (common) | | | | | | | | | |
| 94. - Electronic Data Sys (common) | | | | | | | | | |
| 95. - JM Smucker Co. (common) | | | | | Purchased* | | | | See Part VIII |
| 96. - Kimberly-Clark (common) | | | | | | | | | |
| 97. - Macromedia (common) | | | | | | | | | |
| 98. - Proctor & Gamble (common) | | | | | | | | | |
| 99. - Qualcomm Inc. (common) | | | | | | | | | |
| 100. Qwest Comm (common) | | | | | | | | | |
| 101. - SBC Comm (common) | | | | | | | | | |
| 102. - Starbucks (common) | | | | | | | | | |
| 103. - Time Warner (common)(formerly AOL Time Warner) | | | | | | | | | |
| 104. - Verizon Comm (common) | | | | | | | | | |
| 105. - Invesco Health Sciences (common) | | | | | | | | | |
| 106. - Scudder Global (common) | | | | | | | | | |
| 107. - Scudder Intl Fund (common) | | | | | | | | | |
| 108. IRA #1 | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | - Dividend Growth Securities B Fund | A | Dividend | L | T | | | | | |
| 110. | IRA #2 | | | | | | | | | |
| 111. | - Dividend Growth Securities B Fund | A | Dividend | L | T | | | | | |
| 112. | IRA #3 | | None | O | T | | | | | |
| 113. | - Alger Large Cap Growth A | | | | | Purchased | 7/14 | J | | |
| 114. | | | | | | Sold | 12/10 | J | A | |
| 115. | - American Century Small Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 116. | - Berger Mid Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 117. | - Calamos Growth A | | | | | Purchased | 11/7 | J | | |
| 118. | | | | | | Sold | 12/10 | J | | |
| 119. | - CRM Small Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 120. | - Delafield Fund | | | | | Sold** | | | | See Part VIII |
| 121. | - Diamonds Trust Series I (common) | | | | | Purchased* | | | | See Part VIII |
| 122. | | | | | | Sell | 4/16 | K | | |
| 123. | | | | | | Sell | 5/5 | K | A | |
| 124. | - Diamonds Trust Series S&P Depository Receipts | | | | | Sold** | | | | See Part VIII |
| 125. | - Excelsior Small Cap Fund | | | | | Purchased* | | | | See Part VIII |
| 126. | - Excelsior Value & Restructuring Fund | | | | | Purchased | 6/6 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | | | | | Sell | 12/10 | J | A | |
| 128. - FBR Small Cap Financial Fund | | | | | Sold** | | | | See Part VIII |
| 129. - Fidelity Advisor Dividend Growth Inst. | | | | | Purchased* | | | | See Part VIII |
| 130. | | | | | Sell | 5/13 | J | A | |
| 131. | | | | | Sold | 7/31 | K | B | |
| 132. - Heartland Value | | | | | Buy | 11/7 | J | | |
| 133. | | | | | Sold | 12/19 | K | A | |
| 134. - Hotchkis and Wiley Large Cap Value A Fund | | | | | Purchased* | | | | See Part VIII |
| 135. - Icon Financial Fund | | | | | Sold** | | | | See Part VIII |
| 136. - J.P. Morgan Mid Cap | | | | | Purchased* | | | | See Part VIII |
| 137. | | | | | Sold | 3/18 | K | A | |
| 138. - Liberty Acorn Fund-Z | | | | | Purchased* | | | | See Part VIII |
| 139. | | | | | Sold** | | | | See Part VIII |
| 140. - Morgan Stanley Inst Mid Cap Growth Fund | | | | | Purchased* | | | | See Part VIII |
| 141. - Muhlenkamp | | | | | Purchased | 5/13 | J | | |
| 142. | | | | | Sell | 7/31 | J | A | |
| 143. - NASDAQ 100 Unit Ser 1 (common) | | | | | Purchased* | | | | See Part VIII |
| 144. | | | | | Sell | 7/15 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS — income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. | | | | | Sell | 9/4 | J | A | |
| 146. - Neuberger Berman Guardian | | | | | Purchased* | | | | See Part VIII |
| 147. | | | | | Buy | 6/6 | J | | |
| 148. | | | | | Sell | 7/31 | J | | |
| 149. | | | | | Buy | 6/6 | J | A | |
| 150. | | | | | Sold | 10/10 | J | | |
| 151. - Nicholas-Applegate Growth Discovery I Fund | | | | | Purchased | 7/14 | J | | |
| 152. | | | | | Sell | 11/7 | J | A | |
| 153. - North Track S&P 100 Plus | | | | | Purchased* | | | : | See Part VIII |
| 154. | | | | | Sell | 5/13 | J | A | |
| 155. | | | | | Sell | 6/6 | J | B | |
| 156. | | | | | Sell | 7/14 | J | A | |
| 157. | | | | | Sold | 7/31 | J | A | |
| 158. - Northeast Investors Growth | | / | | | Purchased* | | | | See Part VIII |
| 159. | | | | | Sold | 6/6 | J | A | |
| 160. - Oakmark I. Fund | | | | | Sold** | | | | See Part VIII |
| 161. - One Group Mid Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 162. - One Group Small Cap Value Fund | | | | | Sold** | | | | See Part VIII |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 163. | - Oppenheimer Developing Markets A Fund | | | | | Purchased* | | | | See Part VIII |
| 164. | - Parnassus Equity Income | | | | | Purchased* | | | | See Part VIII |
| 165. | | | | | | Sold | 3/18 | K | | |
| 166. | - Pimco Value Institutional Fund | | | | | Sold** | | | | See Part VIII |
| 167. | - RS Diversified Growth Fund | | | | | Purchased* | | | | See Part VIII |
| 168. | - RS Smaller Company Growth | | | | | Purchased* | | | | See Part VIII |
| 169. | - SPDR Trust Unit SR1 Exp | | | | | Sold | 4/25 | K | B | |
| 170. | - Schwab Money Market | | | | | | | | | |
| 171. | - T Rowe Price Blue Chip Growth | | | | | Purchased* | | | | See Part VIII |
| 172. | | | | | | Sell | 9/4 | J | A | |
| 173. | | | | | | Sell | 11/7 | J | B | |
| 174. | | | | | | Buy | 5/13 | J | | |
| 175. | | | | | | Sold | 11/7 | J | A | |
| 176. | - T Rowe Price Financial Services Fund | | | | | Sell | 7/15 | J | | |
| 177. | - T Rowe Price Growth Stock | | | | | Purchased* | | | | See Part VIII |
| 178. | | | | | | Sell | 9/4 | J | A | |
| 179. | | | | | | Sell | 11/7 | J | B | |
| 180. | | | | | | Buy | 5/13 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   G = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | | | | | Sold | 11/7 | J | A | |
| 182.  - TCW Galileo Select Equities I | | | | | Purchased* | | | | See Part VIII |
| 183. | | | | | Buy | 4/29 | J | | |
| 184. | | | | | Sell | 7/15 | J | A | |
| 185. | | | | | Buy | 4/29 | J | | |
| 186. | | | | | Sell | 12/10 | J | B | |
| 187. | | | | | Buy | 5/13 | J | | |
| 188. | | | | | Sell | 12/10 | J | A | |
| 189. | | | | | Buy | 6/9 | J | | |
| 190. | | | | | Sell | 12/10 | J | A | |
| 191. | | | | | Buy | 9/8 | J | | |
| 192. | | | | | Sold | 12/10 | J | A | |
| 193.  - TCW Galileo Value Opportunity Fund | | | | | Sold** | | | | See Part VIII |
| 194.  - Third Avenue Small Cap Fund | | | | | Sold** | | | | See Part VIII |
| 195.  - Thornburg Value | | | | | Purchased* | | | | See Part VIII |
| 196. | | | | | Buy | 6/6 | J | | |
| 197. | | | | | Sold | 11/7 | J | A | |
| 198.  - Torray Fund | | | | | Purchased* | | | | See Part VIII |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                    J = $15,000 or less          K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)     S = Assessment          T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. | | | | | Sell | 6/6 | J | B | |
| 200. | | | | | Sold | 9/4 | J | B | |
| 201.   - Undiscovered Managers Behavioral Gr Inst | | | | | Purchased* | | | | See Part VIII |
| 202. | | | | | Buy | 7/14 | J | | |
| 203. | | | | | Sell | 12/10 | J | A | |
| 204. | | | | | Buy | 7/31 | J | | |
| 205. | | | | | Sold | 12/10 | J | A | |
| 206.   - Vanguard Selected Value Fund | | | | | Sold** | | | | See Part VIII |
| 207.   - Vanguard Total Stock Index Viper (common) | | | | | Purchased* | | | | See Part VIII |
| 208.   - Wasatch Growth Fund | | | | | Sold** | | | | See Part VIII |
| 209.   Yacktman Focus | | | | | Purchased* | | | | See Part VIII |
| 210. | | | | | Sold | 3/17 | K | A | |
| 211.   - iShares Dow Jones Financial | | | | | Purchased* | | | | See Part VIII |
| 212. | | | | | Buy | 7/31 | J | | |
| 213. | | | | | Sold | 9/4 | J | | |
| 214.   - iShares S&P 100 Index | | | | | Purchased* | | | | See Part VIII |
| 215. | | | | | Sell | 7/30 | J | B | |
| 216. | | | | | Buy | 4/16 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. | | | | | Sold | 7/30 | J | A | |
| 218. – iShares S&P Midcap 400 | | | | | Purchased* | | | | See Part VIII |
| 219. – iShares S&P 400 Growth Index | | | | | Purchased* | | | | See Part VIII |
| 220. | | | | | Buy | 2/12 | K | | |
| 221. | | | | | Sold | 4/16 | K | A | |
| 222. – iShares S&P Midcap 400/BARRA Value | | | | | Purchased* | | | | See Part VIII |
| 223. | | | | | Sold | 2/12 | K | | |
| 224. – iShares Trust S&P 500 Index | | | | | Purchased | 5/5 | K | | |
| 225. | | | | | Sell | 6/5 | K | B | |
| 226. | | | | | Buy | 5/5 | K | | |
| 227. | | | | | Sell | 7/9 | K | B | |
| 228. | | | | | Buy | 5/5 | K | | |
| 229. | | | | | Sell | 7/21 | K | A | |
| 230. | | | | | Buy | 5/5 | K | | |
| 231. | | | | | Sell | 7/30 | K | B | |
| 232. | | | | | Buy | 6/19 | K | | |
| 233. | | | | | Sell | 7/30 | K | | |
| 234. – iShares Trust S&P 500 Value | | | | | Purchased* | | | | See Part VIII |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | Sell | 2/12 | K | | |
| 236. | | | | | Buy | 1/17 | J | | |
| 237. | | | | | Sell | 2/12 | J | | |
| 238. | | | | | Buy | 4/16 | K | | |
| 239. | | | | | Sell | 6/19 | K | C | |
| 240. | | | | | Buy | 5/28 | K | | |
| 241. | | | | | Sell | 6/19 | K | A | |
| 242. | | | | | Buy | 6/19 | K | | |
| 243. | | | | | Sold | 7/30 | K | A | |
| 244. - iShares S&P 500 BARRA Growth Index | | | | | Purchased | 2/13 | K | | |
| 245. | | | | | Sell | 5/5 | K | C | |
| 246. | | | | | Buy | 3/17 | K | | |
| 247. | | | | | Sell | 5/5 | K | B | |
| 248. | | | | | Buy | 3/18 | J | | |
| 249. | | | | | Sell | 5/5 | J | A | |
| 250. | | | | | Buy | 3/18 | K | | |
| 251. | | | | | Sell | 5/28 | K | B | |
| 252. | | | | | Buy | 4/16 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    G = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | Sold | 5/28 | J | A | |
| 254. - iShares S&P 600 Growth Index | | | | | Purchased | 2/12 | K | | |
| 255. | | | | | Sold | 4/16 | K | A | |
| 256. - iShares S&P 600 Value (common) | | | | | Purchased* | | | | See Part VIII |
| 257. | | | | | Sold | 2/12 | K | | |
| 258. - iShares S&P SmallCap 600 Index | | | | | Purchased* | | | | See Part VIII |
| 259. - iShares Russell 1000 Index (common) | | | | | Purchased | 3/18 | K | | |
| 260. | | | | | Sell | 4/16 | K | A | |
| 261. iShares Russell 2000 Growth Index | | | | | Purchased | 7/31 | J | | |
| 262. | | | | | Sold | 12/10 | J | B | |
| 263. - IsHARES Russell 3000 Value Index (common) | | | | | Purchased* | | | | See Part VIII |
| 264. | | | | | Sold | 2/21 | J | | |
| 265. - iShares Russell 3000 Growth | | | | | Buy | 2/21 | J | | |
| 266. | | | | | Sell | 4/16 | J | A | |
| 267. | | | | | Buy | 3/18 | K | | |
| 268. | | | | | Sold | 4/16 | K | E | |
| 269. - iShares Cohen Steers Realty | | | | | Purchased* | | | | See Part VIII |
| 270. | | | | | Sold | 3/12 | J | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000        P4 = More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Gordon Thomas Honeywell PSP | | None | N | T | | | | | |
| 272. - Vanguard Federal Money Market Fund | | | | | | | | | See Part VIII |
| 273. - Vanguard Equity Income Fund | | | | | | | | | See Part VIII |
| 274. - Vanguard Healthcare Specialized Portfolio Fund | | | | | | | | | See Part VIII |
| 275. - Vanguard Life Strategy Income Fund | | | | | | | | | See Part VIII |
| 276. - Vanguard Mid Cap Index Fund | | | | | | | | | See Part VIII |
| 277. - Vanguard Specialized REIT Index Fund | | | | | | | | | See Part VIII |
| 278. - Vanguard Welliington Fund | | | | | | | | | See Part VIII |
| 279. - Vanguard Windsor II Fund | | | | | | | | | See Part VIII |
| 280. Burgess Fitzer PS 401K PS Plan Trust | | None | M | T | | | | | |
| 281. - MFS Capital Opportunities Fund A | | | | | | | | | See Part VIII |
| 282. - Massachusetts Investors Growth Fund A | | | | | | | | | See Part VIII |
| 283. - Van Kempen Emerging Growth Fund A | | | | | | | | | See Part VIII |
| 284. - Davis NY Venture Fund A | | | | | | | | | See Part VIII |
| 285. - Prudential Stock Index Z Fund | | | | | | | | | See Part VIII |
| 286. Montclair Real Estate Ltd. Partnership, Fife, WA | D | Rent | L | R | | | | | See Part VIII |
| 287. Harborview East Real Estate Partnership, Gig Harbor, WA | E | Dividend | L | R | | | | | See Part VIII |
| 288. Evansville Retirement Residence Ltd. Partnership | D | Dividend | K | R | | | | | See Part VIII |

1. Income/Gain Codes:    A = S1,000 or less    B = S1,001-S2,500    C = S2,501-S5,000    D = S5,001-S15,000    E = S15,001-S50,000
(See Columns B1 and D4)    F = S50,001-S100,000    G = S100,001-S1,000,000    H1 = S1,000,001-S5,000,000    H2 = More than S5,000,000
2. Value Codes:    J = S15,000 or less    K = S15,001-S50,000    L = S50,001-S100,000    M = S100,001-S250,000
(See Columns C1 and D3)    N = S250,000-S500,000    O = S500,001-S1,000,000    P1 = S1,000,001-S5,000,090    P2 = S5,000,001-S25,000,000
   P3 = S25,000,001-S50,000,000    P4 = SMore than S50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 09/09/2004 |

## VII. INVESTMENTS and TRUSTS — income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. US Bank, Tacoma, WA | B | Interest | J | T | | | | | |
| 290. King County Housing Authority Bond | | None | J | T | | | | | |
| 291. University of Washington Bond | | None | J | T | | | | | |
| 292. Vancouver Washington Housing Authority Bond | | None | J | T | | | | | |
| 293. Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | J | T | | | | | |
| 294. Vanguard Windsor II | | Dividend | J | T | | | | | |
| 295. Vanguard Windsor II | | Dividend | J | T | | | | | |
| 296. Columbia Acorn Fund-Z | | None | K | T | | | | | |
| 297. Columbia Acorn Fund-Z | | None | L | T | | | | | |
| 298. Columbia Acorn International Fund-Z | | None | J | T | | | | | |
| 299. Eoscene Series A Preferred | | None | K | T | | | | | See Part VIII |
| 300. Eoscene Series B Preferred | | None | J | T | | | | | See Part VIII* |
| 301. Nine Audio Technologies | A | Dividend | J | T | | | | | See Part VIII |
| 302. Wash St Go Coll Svgs Bds Ser | | None | K | T | | | | | |
| 303. Dreyfus Midcap Value Fund | | None | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 09/09/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII. Investments and Trusts

* Purchased between the time of the Nomination Financial Report (11/27/01) and 1/1/03.
** Sold between the time of the Nomination Financial Report (11/27/01) and 1/1/03.
Line 5 - Transferred from ████ Trust.
Line 6 - Fell below the reportable amount in 2003.
Line 16 - Transferred from ████ Trust.
Line 17 - Fell below the reportable amount in 2003.
Line 21 - Transferred from ████ Trust.
Line 80 - Fell below the reportable amount in 2003.
Lines 271-279 - Part of the Gordon, Thomas, Honeywell PSP, should not have been listed on prior report.
Lines 280-285 - Part of the Burgess Fitzer 401K Plan, should not have been listed on prior report.
Line 286 - Purchased 6/15/80 for $10,000.
Line 287 - Purchased 1/15/85 for $20,000.
Line 288 - Purchased 7/1/91 for $25,000.
Line 299 - Should have been listed on Nomination Report of 11/27/01 as purchased on 7/24/01.
Line 301 - Should have been listed on Nomination Report of 11/27/01 as purchased on 12/31/98.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 09/09/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date _September 9, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | **Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Leighton, Ronald B | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>06/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial   ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402-3241 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Jul. 7 11 11 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Burgess & Fitzer |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.     Brokerage Acct #1 | | | | | | | | | |
| 2.     - Boeing Co. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 3.     - Bristol-Myers Squibb Co (common) | A | Dividend | J | T | | | | | |
| 4.     - Cisco Systems (common) | | None | K | T | | | | | |
| 5.     - Conocophillips (common) | A | Dividend | J | T | Transfer | 12/10 | J | | |
| 6.     - Lucent Tech. (common) | | | | | Exempt | | | | See Part VIII |
| 7.     - Maytag Corp. (common) | A | Dividend | J | T | | | | | |
| 8.     - Qwest Comm. (common) | | None | J | T | | | | | |
| 9.     - SBC Comm (common) | A | Dividend | J | T | Purchased* | | | A | See Part VIII |
| 10.     Brokerage Acct #2 | | | | | | | | | |
| 11.     - Alberto Culver Co C1A (common) | A | Dividend | K | T | Merge-Surr | 11/7 | J | | |
| 12.     - Alberto Culver Co C1B (common) | A | Dividend | K | T | Merge-Rcvd | 11/7 | J | | |
| 13.     - Cisco Systems (common) | | None | J | T | | | | | |
| 14.     - Corning Inc. (common) | | None | J | T | | | | | |
| 15.     - CSX Corp. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 16.     - Intel Corp. (common) | A | Dividend | K | T | Transfer | 12/10 | J | | See Part VIII |
| 17.     - Lucent Tech. (common) | | | | | Exempt | | | | See Part VIII |
| 18.     - Nextel Comm Inc. Cl A (common) | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000.001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000.001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Qwest Comm. (common) | | None | J | T | | | | | |
| 20. - Verizon Comm. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 21. - Wash Mutual Inc. (common) | A | Dividend | J | T | Transfer | 12/10 | J | | |
| 22. - Kinder Morgan Energy Partners | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 23. Brokerage Acct #3 | | | | | | | | | |
| 24. - Intel Corp. (common) | A | Dividend | J | T | Purchased* | | | | See Part VIII |
| 25. Investment Club | A | Dividend | N | T | | | | | |
| 26. - AOL Time Warner (common) | | | | | Sold** | | | | See Part VIII |
| 27. - Appollo Group Inc. (common) | | | | | | | | | |
| 28. - Barr Laboratories (common) | | | | | Sell | 11/10 | K | | |
| 29. - Bed Bath & Beyond (common) | | | | | Purchased* | | | | See Part VIII |
| 30. - Best Buy (common) | | | | | Purchased* | | | | See Part VIII |
| 31. | | | | | Buy | 9/5 | J | | |
| 32. - Cisco Systems (common) | | | | | Sold** | | | | See Part VIII |
| 33. - Ebay Inc (common) | | | | | Purchased | 9/5 | J | | |
| 34. - General Electric (common) | | | | | Purchased* | | | | See Part VIII |
| 35. | | | | | Sold | 11/7 | J | C | |
| 36. - Harley Davidson (common) | | | | | Sold | 9/5 | K | E | |

1. Income/Gain Codes:    A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J  = $15,000 or less        K  = $15,001-$50,000        L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes    Q  = Appraisal        R  = Cost (Real Estate Only)    S  = Assessment        T  = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Home Depot (common) | | | | | Buy | 10/3 | J | | |
| 38. | | | | | Buy | 12/5 | J | | |
| 39. - Ingersoll-Rand (common) | | | | | Sold** | | | | See Part VIII |
| 40. - Intel Corp. (common) | | | | | | | | | |
| 41. - Johnson & Johnson (common) | | | | | Purchased | 1/6 | J | | |
| 42. | | | | | Buy | 3/7 | J | | |
| 43. | | | | | Sold | 11/7 | J | | |
| 44. - King Pharmaceutical (common) | | | | | Sold** | | | | See Part VIII |
| 45. - Microsoft Corp. (common) | | | | | | | | | |
| 46. - Ocean Energy Inc. (common) | | | | | Sold** | | | | See Part VIII |
| 47. - Orthodontic Center (common) | | | | | Sold | 8/1 | J | | |
| 48. - Pfizer, Inc. (common) | | | | | Purchased* | | | | See Part VIII |
| 49. | | | | | Buy | 5/2 | J | | |
| 50. | | | | | Buy | 11/7 | J | | |
| 51. | | | | | Buy | 12/5 | J | | |
| 52. - Proctor & Gamble (common) | | | | | | | | | |
| 53. - Starbucks (common) | | | | | | | | | |
| 54. - United Parcel Service (common) | | | | | Sold** | | | | See Part VIII |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Viacom (common) | | | | | Sell | 9/5 | J | D | |
| 56. - Washington Mutual (common) | | | | | Purchased* | | | | See Part VIII |
| 57. - Whole Foods Mkt (common) | | -- | | | Sold** | | | | See Part VIII |
| 58. Brokerage Acct #4 | | | | | | | | | |
| 59. - Bristol-Myers (common) | A | Dividend | J | T | Purchased* | | | A | See Part VIII |
| 60. - Chevron Texaco Corp. (common) | A | Dividend | J | T | | | | A | |
| 61. - Intl Business Machines (common) | A | Dividend | K | T | | | | A | |
| 62. - Microsoft Corp. (common) | A | Dividend | K | T | | | | A | |
| 63. - Nokia Corp. (common) | A | Dividend | J | T | | | | A | |
| 64. - Strattec Security (common) | | None | J | T | | | | | |
| 65. - Vodafone Group (common) | A | Dividend | K | T | | | | A | |
| 66. - Zimmer Holdings (common) | | None | J | T | Purchased* | | | | See Part VIII |
| 67. - Centennial Money Market | B | Interest | K | T | | | | A | |
| 68. Brokerage Account #5 | | | | | | | | | |
| 69. - Centennial Money Market | B | Interest | J | T | | | | | |
| 70. - Boeing Company (common) | A | Dividend | J | T | | | | | |
| 71. - Cisco Systems (common) | | None | K | T | | | | | |
| 72. - Coca-Cola (common) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Columbia Banking System (common) | A | Dividend | J | T | | | | A | |
| 74. - Dell Inc. (common) | | None | K | T | | | | | |
| 75. - Intel Corp. (common) | A | Dividend | J | T | | | | C | |
| 76. - Lucent Technologies (common) | | None | J | T | | | | | |
| 77. - Microsoft Corp. (common) | A | Dividend | K | T | | | | | |
| 78. - Pfizer (common) | A | Dividend | J | T | | | | | |
| 79. - Schlumberger (common) | A | Dividend | J | T | | | | | |
| 80. - Transocean (common) | | | | | Exempt | | | | See Part VIII |
| 81. - New Perspective Mutual Fund | A | Dividend | J | T | | | | | |
| 82. - Oppenheimer Main Str Mutual Fund | A | Dividend | K | T | | | | | |
| 83. - Wash Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 84. Brokerage Acct #6 | | | | | | | | | |
| 85. - Cisco Systems (common) | | None | J | T | | | | | |
| 86. - Dell Computer Corp. (common) | | None | J | T | | | | | |
| 87. Brokerage Acct #7 | | | | | | | | | |
| 88. - Money Market | A | Interest | J | T | Opened | 3/7 | J | | |
| 89. - Cisco Systems (common) | | None | J | T | | | | | |
| 90. - Dell Inc. (common) | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Microsoft Corp. (common) | A | Dividend | J | T | | | | | |
| 92. Money Market Fund | A | Dividend | K | T | Buy | 1/13 | J | B | |
| 93. | | -- | | | Buy | 2/10 | J | | |
| 94. | | | | | Buy | 2/18 | J | | |
| 95. | | | | | Buy | 3/17 | J | D | |
| 96. | | | | | Buy | 4/14 | J | B | |
| 97. | | | | | Buy | 5/5 | J | | |
| 98. | | | | | Buy | 5/19 | J | D | |
| 99. | | | | | Buy | 7/7 | J | | |
| 100. | | | | | Buy | 7/21 | J | B | |
| 101. | | | | | Buy | 8/4 | J | | |
| 102. | | | | | Buy | 8/18 | J | C | |
| 103. | | | | | Buy | 9/22 | J | B | |
| 104. | | | | | Buy | 10/20 | J | D | |
| 105. | | | | | Buy | 12/8 | J | D | |
| 106. - Federated Muni Oppt (common) | | | | | | | | | |
| 107. - Electronic Data Sys (common) | | | | | | | | | |
| 108. - JM Smucker Co. (common) | | | | | Purchased* | | | | See Part VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Kimberly-Clark (common) | | | | | | | | | |
| 110. - Macromedia (common) | | | | | | | | | |
| 111. - Proctor & Gamble (common) | | -- | | | | | | | |
| 112. - Qualcomm Inc. (common) | | | | | | | | | |
| 113. Qwest Comm (common) | | | | | | | | | |
| 114. - SBC Comm (common) | | | | | | | | | |
| 115. - Starbucks (common) | | | | | | | | | |
| 116. - Time Warner (common)(formerly AOL Time Warner) | | | | | | | | | |
| 117. - Verizon Comm (common) | | | | | | | | | |
| 118. - Invesco Health Sciences (common) | | | | | | | | | |
| 119. - Scudder Global (common) | | | | | | | | | |
| 120. - Scudder Intl Fund (common) | | | | | | | | | |
| 121. IRA #1 | | | | | | | | | |
| 122. - Dividend Growth Securities B Fund | A | Dividend | L | T | | | | D | |
| 123. IRA #2 | | | | | | | | | |
| 124. - Dividend Growth Securities B Fund | A | Dividend | L | T | | | | D | |
| 125. IRA #3 | | None | O | T | | | | | |
| 126. - Alger Large Cap Growth A | | | | | Purchased | 7/14 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15.001-$50,000
   (See Columns B1 and D4)     F = $50.001-$100,000     G = $100,001-$1,000,000     H1 = $1.000.001-$5,000.000     H2 = More than $5,000,000
2. Value Codes:     J = $15.000 or less     K = $15,001-$50.000     L = $50,001-$100.000     M = $100,001-$250.000
   (See Columns C1 and D3)     N = $250.000-$500,000     O = $500.001-$1,000,000     P1 = $1,000,001-$5,000.000     P2 = $5,000,001-$25,000.000
   P3 = $25.000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | | | | | Sold | 12/10 | J | A | |
| 128. - American Century Small Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 129. - Berger Mid Cap Value Fund | | -- | | | Sold** | | | | See Part VIII |
| 130. - Calamos Growth A | | | | | Purchased | 11/7 | J | | |
| 131. | | | | | Sold | 12/10 | J | | |
| 132. - CRM Small Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 133. - Delafield Fund | | | | | Sold** | | | | See Part VIII |
| 134. - Diamonds Trust Series I (common) | | | | | Purchased* | | | | See Part VIII |
| 135. | | | | | Sell | 4/16 | K | | |
| 136. | | | | | Sell | 5/5 | K | A | |
| 137. - Diamonds Trust Series S&P Depository Receipts | | | | | Sold** | | | | See Part VIII |
| 138. - Excelsior Small Cap Fund | | | | | Purchased* | | | | See Part VIII |
| 139. - Excelsior Value & Restructuring Fund | | | | | Purchased | 6/6 | J | | |
| 140. | | | | | Sell | 12/10 | J | A | |
| 141. - FBR Small Cap Financial Fund | | | | | Sold** | | | | See Part VIII |
| 142. - Fidelity Advisor Dividend Growth Inst. | | | | | Purchased* | | | | See Part VIII |
| 143. | | | | | Sell | 5/13 | J | A | |
| 144. | | | | | Sold | 7/31 | K | B | |

1. Income/Gain Codes: (See Columns B1 and D4)

| A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|
| F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes: (See Columns C1 and D3)

| J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 |
|---|---|---|---|
| N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | |

3. Value Method Codes

| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market |
|---|---|---|---|
| U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. - Heartland Value | | | | | Buy | 11/7 | J | | |
| 146. | | | | | Sold | 12/19 | K | A | |
| 147. - Hotchkis and Wiley Large Cap Value A Fund | | -- | | | Purchased* | . | | | See Part VIII |
| 148. - Icon Financial Fund | | | | | Sold** | | | | See Part VIII |
| 149. - J.P. Morgan Mid Cap | | | | | Purchased* | | | | See Part VIII |
| 150. | | | | | Sold | 3/18 | K | A | |
| 151. - Liberty Acorn Fund-Z | | | | | Purchased* | | | | See Part VIII |
| 152. | | | | | Sold** | | | | See Part VIII |
| 153. - Morgan Stanley Inst Mid Cap Growth Fund | | | | | Purchased* | | | | See Part VIII |
| 154. - Muhlenkamp | | | | | Purchased | 5/13 | J | | |
| 155. | | | | | Sell | 7/31 | J | A | |
| 156. - NASDAQ 100 Unit Ser 1 (common) | | | | | Purchased* | | | | See Part VIII |
| 157. | | | | | Sell | 7/15 | J | A | |
| 158. | | | | | Sell | 9/4 | J | A | |
| 159. - Neuberger Berman Guardian | | | | | Purchased* | | | | See Part VIII |
| 160. | | | | | Buy | 6/6 | J | | |
| 161. | | | | | Sell | 7/31 | J | | |
| 162. | | | | | Buy | 6/6 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | Sold | 10/10 | J | | |
| 164. - Nicholas-Applegate Growth Discovery I Fund | | | | | Purchased | 7/14 | J | | |
| 165. | | -- | | | Sell | 11/7 | J | A | |
| 166. - North Track S&P 100 Plus | | | | | Purchased* | | | | See Part VIII |
| 167. | | | | | Sell | 5/13 | J | A | |
| 168. | | | | | Sell | 6/6 | J | B | |
| 169. | | | | | Sell | 7/14 | J | A | |
| 170. | | | | | Sold | 7/31 | J | A | |
| 171. - Northeast Investors Growth | | | | | Purchased* | | | | See Part VIII |
| 172. | | | | | Sold | 6/6 | J | A | |
| 173. - Oakmark I. Fund | | | | | Sold** | | | | See Part VIII |
| 174. - One Group Mid Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 175. - One Group Small Cap Value Fund | | | | | Sold** | | | | See Part VIII |
| 176. - Oppenheimer Developing Markets A Fund | | | | | Purchased* | | | | See Part VIII |
| 177. - Parnassus Equity Income | | | | | Purchased* | | | | See Part VIII |
| 178. | | | | | Sold | 3/18 | K | | |
| 179. - Pimco Value Institutional Fund | | | | | Sold** | | | | See Part VIII |
| 180. - RS Diversified Growth Fund | | | | | Purchased* | | | | See Part VIII |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
   U = Book Value      V  = Other      W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. - RS Smaller Company Growth | | | | | Purchased* | | | | See Part VIII |
| 182. - SPDR Trust Unit SR1 Exp | | | | | Sold | 4/25 | K | B | |
| 183. - Schwab Money Market | | | | | | | | | |
| 184. - T Rowe Price Blue Chip Growth | | | | | Purchased* | | | | See Part VIII |
| 185. | | | | | Sell | 9/4 | J | A | |
| 186. | | | | | Sell | 11/7 | J | B | |
| 187. | | | | | Buy | 5/13 | J | | |
| 188. | | | | | Sold | 11/7 | J | A | |
| 189. - T Rowe Price Financial Services Fund | | | | | Sell | 7/15 | J | | |
| 190. - T Rowe Price Growth Stock | | | | | Purchased* | | | | See Part VIII |
| 191. | | | | | Sell | 9/4 | J | A | |
| 192. | | | | | Sell | 11/7 | J | B | |
| 193. | | | | | Buy | 5/13 | J | | |
| 194. | | | | | Sold | 11/7 | J | A | |
| 195. - TCW Galileo Select Equities I | | | | | Purchased* | | | | See Part VIII |
| 196. | | | | | Buy | 4/29 | J | | |
| 197. | | | | | Sell | 7/15 | J | A | |
| 198. | | | | | Buy | 4/29 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. | | | | | Sell | 12/10 | J | B | |
| 200. | | | | | Buy | 5/13 | J | | |
| 201. | | -- | | | Sell | 12/10 | J | A | |
| 202. | | | | | Buy | 6/9 | J | | |
| 203. | | | | | Sell | 12/10 | J | A | |
| 204. | | | | | Buy | 9/8 | J | | |
| 205. | | | | | Sold | 12/10 | J | A | |
| 206. - TCW Galileo Value Opportunity Fund | | | | | Sold** | | | | See Part VIII |
| 207. - Third Avenue Small Cap Fund | | | | | Sold** | | | | See Part VIII |
| 208. - Thornburg Value | | | | | Purchased* | | | | See Part VIII |
| 209. | | | | | Buy | 6/6 | J | | |
| 210. | | | | | Sold | 11/7 | J | A | |
| 211. - Torray Fund | | | | | Purchased* | | | | See Part VIII |
| 212. | | | | | Sell | 6/6 | J | B | |
| 213. | | | | | Sold | 9/4 | J | B | |
| 214. - Undiscovered Managers Behavioral Gr Inst | | | | | Purchased* | | | | See Part VIII |
| 215. | | | | | Buy | 7/14 | J | | |
| 216. | | | | | Sell | 12/10 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. | | | | | Buy | 7/31 | J | | |
| 218. | | | | | Sold | 12/10 | J | A | |
| 219. - Vanguard Selected Value Fund | | | | | Sold** | | | | See Part VIII |
| 220. - Vanguard Total Stock Index Viper (common) | | | | | Purchased* | | | | See Part VIII |
| 221. - Wasatch Growth Fund | | | | | Sold** | | | | See Part VIII |
| 222. Yacktman Focus | | | | | Purchased* | | | | See Part VIII |
| 223. | | | | | Sold | 3/17 | K | A | |
| 224. - iShares Dow Jones Financial | | | | | Purchased* | | | | See Part VIII |
| 225. | | | | | Buy | 7/31 | J | | |
| 226. | | | | | Sold | 9/4 | J | | |
| 227. - iShares S&P 100 Index | | | | | Purchased* | | | | See Part VIII |
| 228. | | | | | Sell | 7/30 | J | B | |
| 229. | | | | | Buy | 4/16 | J | | |
| 230. | | | | | Sold | 7/30 | J | A | |
| 231. - iShares S&P Midcap 400 | | | | | Purchased* | | | | See Part VIII |
| 232. - iShares S&P 400 Growth Index | | | | | Purchased* | | | | See Part VIII |
| 233. | | | | | Buy | 2/12 | K | | |
| 234. | | | | | Sold | 4/16 | K | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2.500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15.001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1.000.001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100.000  M = $100,001-$250,000
N = $250.000-$500,000  O = $500.001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25.000.001-$50.000.000  P4 = $More than $50,000.000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. - iShares S&P Midcap 400/BARRA Value | | | | | Purchased* | | | | See Part VIII |
| 236. | | | | | Sold | 2/12 | K | | |
| 237. - iShares Trust S&P 500 Index | | -- | | | Purchased | 5/5 | K | | |
| 238. | | | | | Sell | 6/5 | K | B | |
| 239. | | | | | Buy | 5/5 | K | | |
| 240. | | | | | Sell | 7/9 | K | B | |
| 241. | | | | | Buy | 5/5 | K | | |
| 242. | | | | | Sell | 7/21 | K | A | |
| 243. | | | | | Buy | 5/5 | K | | |
| 244. | | | | | Sell | 7/30 | K | B | |
| 245. | | | | | Buy | 6/19 | K | | |
| 246. | | | | | Sell | 7/30 | K | | |
| 247. - iShares Trust S&P 500 Value | | | | | Purchased* | | | | See Part VIII |
| 248. | | | | | Sell | 2/12 | K | | |
| 249. | | | | | Buy | 1/17 | J | | |
| 250. | | | | | Sell | 2/12 | J | | |
| 251. | | | | | Buy | 4/16 | K | | |
| 252. | | | | | Sell | 6/19 | K | C | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | Buy | 5/28 | K | | |
| 254. | | | | | Sell | 6/19 | K | A | |
| 255. | | | | | Buy | 6/19 | K | | |
| 256. | | | | | Sold | 7/30 | K | A | |
| 257.   - iShares S&P 500 BARRA Growth Index | | | | | Purchased | 2/13 | K | | |
| 258. | | | | | Sell | 5/5 | K | C | |
| 259. | | | | | Buy | 3/17 | K | | |
| 260. | | | | | Sell | 5/5 | K | B | |
| 261. | | | | | Buy | 3/18 | J | | |
| 262. | | | | | Sell | 5/5 | J | A | |
| 263. | | | | | Buy | 3/18 | K | | |
| 264. | | | | | Sell | 5/28 | K | B | |
| 265. | | | | | Buy | 4/16 | J | | |
| 266. | | | | | Sold | 5/28 | J | A | |
| 267.   - iShares S&P 600 Growth Index | | | | | Purchased | 2/12 | K | | |
| 268. | | | | | Sold | 4/16 | K | A | |
| 269.   - iShares S&P 600 Value (common) | | | | | Purchased* | | | | See Part VIII |
| 270. | | | | | Sold | 2/12 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS  -- income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. - iShares S&P SmallCap 600 Index | | | | | Purchased* | | | | See Part VIII |
| 272. - iShares Russell 1000 Index (common) | | | | | Purchased | 3/18 | K | | |
| 273. | | -- | | | Sell | 4/16 | K | A | |
| 274. iShares Russell 2000 Growth Index | | | | | Purchased | 7/31 | J | | |
| 275. | | | | | Sold | 12/10 | J | B | |
| 276. - IsHARES Russell 3000 Value Index (common) | | | | | Purchased* | | | | See Part VIII |
| 277. | | | | | Sold | 2/21 | J | | |
| 278. - iShares Russell 3000 Growth | | | | | Buy | 2/21 | J | | |
| 279. | | | | | Sell | 4/16 | J | A | |
| 280. | | | | | Buy | 3/18 | K | | |
| 281. | | | | | Sold | 4/16 | K | E | |
| 282. - iShares Cohen Steers Realty | | | | | Purchased* | | | | See Part VIII |
| 283. | | | | | Sold | 3/12 | J | | |
| 284. Gordon Thomas Honeywell PSP | | None | N | T | Exempt | | | | |
| 285. - Vanguard Federal Money Market Fund | | | | | | | | | See Part VIII |
| 286. - Vanguard Equity Income Fund | | | | | | | | | See Part VIII |
| 287. - Vanguard Healthcare Specialized Portfolio Fund | | | | | | | | | See Part VIII |
| 288. - Vanguard Life Strategy Income Fund | | | | | | | | | See Part VIII |

1. Income/Gain Codes:        A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000     G  = $100,001-$1,000,000  H1 = $1.000,001-$5.000,000  H2 = More than $5,000,000
2. Value Codes:              J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100.000    M = $100,001-$250.000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500.001-$1,000,000  P1 = $1.000.001-$5.000,000  P2 = $5,000.001-$25,000,000
                             P3 = $25.000.001-$50,000,000                        P4 = $More than $50.000,000
3. Value Method Codes        Q  = Appraisal            R  = Cost (Real Estate Only)  S  = Assessment       T  = Cash/Market
                                                        V  = Other                 W  = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. - Vanguard Mid Cap Index Fund | | | | | | | | | See Part VIII |
| 290. - Vanguard Specialized REIT Index Fund | | | | | | | | | See Part VIII |
| 291. - Vanguard Welliington Fund | | -- | | | | | | | See Part VIII |
| 292. - Vanguard Windsor II Fund | | | | | | | | | See Part VIII |
| 293. Burgess Fitzer PS 401K PS Plan Trust | | None | M | T | Exempt | | | | |
| 294. - MFS Capital Opportunities Fund A | | | | | | | | | See Part VIII |
| 295. - Massachusetts Investors Growth Fund A | | | | | | | | | See Part VIII |
| 296. - Van Kempen Emerging Growth Fund A | -- | | | | | | | | See Part VIII |
| 297. - Davis NY Venture Fund A | | | | | | | | | See Part VIII |
| 298. - Prudential Stock Index Z Fund | | | | | | | | | See Part VIII |
| 299. Montclair Real Estate Ltd. Partnership, Fife, WA | D | Rent | L | R | Exempt | | | | |
| 300. Harborview East Real Estate Partnership, Gig Harbor, WA | E | Dividend | L | R | Exempt | | | | |
| 301. Evansville Retirement Residence Ltd. Partnership | D | Dividend | K | R | Exempt | | | | |
| 302. US Bank, Tacoma, WA | B | Interest | J | T | Exempt | | | | |
| 303. King County Housing Authority Bond | | None | J | T | Exempt | | | | |
| 304. University of Washington Bond | | None | J | T | Exempt | | | | |
| 305. Vancouver Washington Housing Authority Bond | | None | J | T | Exempt | | | | |
| 306. Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | J | T | Exempt | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Vanguard Windsor II | | Dividend | J | T | | | | A | |
| 308. Vanguard Windsor II | | Dividend | J | T | | | | A | |
| 309. Columbia Acorn Fund-Z | | None | K | T | Exempt | | | | |
| 310. Columbia Acorn Fund-Z | | None | L | T | Exempt | | | | |
| 311. Columbia Acorn International Fund-Z | | None | J | T | Exempt | | | | |
| 312. Eoscene Series A Preferred | | None | K | T | Exempt | | | | See Part VIII |
| 313. Eoscene Series B Preferred | | None | J | T | Exempt | | | | See Part VIII* |
| 314. Nine Audio Technologies | A | Dividend | J | T | | | | | See Part VIII |
| 315. Wash St Go Coll Svgs Bds Ser | | None | K | T | | | | | |
| 316. Dreyfus Midcap Value Fund | | None | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leighton, Ronald B | 06/30/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. Investments and Trusts

\*   Purchased between the time of the Nomination Financial Report (11/27/01) and 1/1/03.
\*\* Sold between the time of the Nomination Financial Report (11/27/01) and 1/1/03.
Line 5 - Transferred from ███████ Trust.
Line 6 - Fell below the reportable amount in 2003.
Line 16 - Transferred from ███████ Trust.
Line 17 - Fell below the reportable amount in 2003.
Line 21 - Transferred from ███████ Trust.
Line 80 - Fell below the reportable amount in 2003.
Lines 285-292 - Part of the Gordon, Thomas, Honeywell PSP, should not have been listed on prior report.
Lines 294-298 - Part of the Burgess Fitzer 401K Plan, should not have been listed on prior report.
Line 312 - Should have been listed on Nomination Report of 11/27/01 as purchased on 7/24/01.
Line 314 - Should have been listed on Nomination Report of 11/27/01 as purchased on 12/31/98.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 06/30/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date July 1, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544